UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

STATE OF LOUISIANA

| | | |
|---|---|---|
| **HOSEA WILSON and SHAJUAN TURNER** | * | NO.: |
| | * | |
| **VERSUS** | * | MAG. |
| | * | |
| **CHEVRON U.S.A., INC.** | | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## COMPLAINT

TO: THE HONORABLE JUDGE OF THE EASTERN DISTRICT
 OF THE STATE OF LOUISIANA:

The Complaint of Hosea Wilson and Shajuan Turner, both persons of the full age of majority and citizens of the Parish of Plaquemines, State of Louisiana respectfully represent:

I.

That made defendant herein is:

A. CHEVRON, U.S.A., INC, (hereinafter "**CHEVRON**") a foreign company authorized to do and doing business in the State of Louisiana

II.

That jurisdiction for this claim is based upon the existence of a federal question 28 USC § 1331, general maritime law and complete diversity of citizenship and venue is proper pursuant to 28 USC §1391 as the defendant is subject to personal jurisdiction in the Eastern District.

III.

Defendant is liable unto your petitioners in a true and full sum in excess of SEVENTY FIVE THOUSAND ($75,000) DOLLARS to each together with legal interest from date of judicial demand and the cost of these proceedings for the following reasons to-wit:

IV.

On or about the 19th day of March, 2015, your plaintiff, Hosea Wilson was operating his 36' Newton Shrimp boat, with Shajuan Turner as a passenger, in Garden Island Bay at the approximate coordinates of longitude 89.07.820, Latitude 29.04.081, in the Parish of Plaquemines when they allided with an unmarked underwater structure causing the vessel to sustain heavy damage to the hull and eventually sink and the plaintiffs to sustain injuries.

V.

That the structure is owned by CHEVRON and was unmarked and allowed to remain below the surface of the water without markings or any lighting and abandoned with the full knowledge of its owner.

VI.

That CHEVRON failed to remove the structure and in failing to do so posed a hazard to navigation.

VII.

That the above described acts were caused solely through the negligence of

CHEVRON, which negligence is more particularly described as follows:

1) Failing to mark and/or light the structure;

2) Failing to ensure that the structure was removed after it was abandoned;

3) Allowing an unmarked structure to exist in a navigable waterway;

4) Failing to follow procedures in ensuring that underwater structures are properly removed and/or marked in accordance with the State Mineral Code; and

5) Failing to inspect abandoned structures and/or improperly marked structures when the property was acquired from the Texaco Company.

VIII.

That in the alternative the structure which was struck was in the care, custody and control of the defendant, CHEVRON and therefore the defendant is strictly liable under La. C.C. Article 2317 and 667 as the structure created an unreasonably dangerous condition and hazard to vessels in navigation.

IX.

That plaintiffs, Hosea Wilson and Shajuan Turner, suffered mental anguish, past, present and future, physical pain and suffering, past, present and future and this injury has caused them to incur medical expenses, past, present and future and loss of earnings both past and future.

WHEREFORE, your petitioners pray that the defendant, CHEVRON be duly

cited and served with a copy of this complaint and that after due proceedings had there be judgment herein in favor of your petitioners in a true and full sum in excess of SEVENTY FIVE THOUSAND DOLLARS ($75,000.00) to each together with legal interest from the date of judicial demand and for all costs of these proceedings.

                                              BRUNO & BRUNO, LLP,

                                              BY:/S/Stephen P. Bruno_____
                                              Stephen P. Bruno, No. 1272
                                              855 Baronne Street
                                              New Orleans, Louisiana  70113
                                              Telephone:  (504) 525-1335

**WILL SERVE BY WAIVER:**

CHEVRON U.S.A., INC
through its registered agent for service
The Prentice Hall Corporation System, Inc.
501 Louisiana Avenue
Baton Rouge, LA 70802