# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| HOSEA WILSON AND SHAJUAN TURNER | § | CIVIL ACTION NO.: 2:16-CV-00453 |
| | § | |
| PLAINTIFFS | § | JUDGE: KURT D. ENGELHARDT |
| | § | |
| VS. | § | MAGISTRATE JUDGE: |
| | § | DANIEL E. KNOWLES, III |
| CHEVRON U.S.A. INC. | § | |
| | § | |
| DEFENDANTS | § | |
| | § | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

Considering the foregoing Joint Motion to Dismiss;

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the plaintiffs, Hosea Wilson and Shajuan Turner's claims against defendant, Chevron U.S.A. Inc., be and are hereby DISMISSED, WITH PREJUDICE, each party to bear their own costs.

New Orleans, Louisiana, this 17th day of _____January_____, 2016.

_____
UNITED STATES DISTRICT JUDGE

7839969_1